UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DEMETREE D. JORDAN,

        Plaintiff,              Case No. 1:23-cv-226

v.                                   Honorable Phillip J. Green

KEVIN TINERELLA, et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution, failure to cure a deficiency, and failure to comply with the Court's order.


Dated:  May 15, 2023                  /s/ Phillip J. Green
                                                  PHILLIP J. GREEN
                                                  United States Magistrate Judge